SOLOMON SIBLEY *versus*
DANIEL LeROY, ADMINISTRATOR,
ETC., OF STEPHEN MACK, DECEASED.

JOURNAL ENTRIES (1831–33): *Journal 4:* (1) Leave
given to amend bill, rule to answer, injunction

ordered issued *p. 464; (2) case set for hearing *p. 494; (3) argument heard *p. 495; (4) argument closed, case submitted *p. 496; (5) decree, referred to master *p. 501; (6) time given to file exceptions to master's report *p. 530; (7) case argued, submitted *p. 536; (8) decree *p. 539.

PAPERS IN FILE: [None]

*Chancery Case* 138 of 1830.